UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

# MEMORANDUM AND ORDER

Honorable Oliver W. Wanger
Senior United States District Judge
Fresno, California

                **RE:    SHANENEE MYESIA PROSSER**
                       **Docket Number:  1:07CR00154-OWW**
                       **CONTINUANCE OF DISPOSITIONAL HEARING**

Your Honor:

Per agreement with both counsel, it is respectfully requested that the above-referenced case be continued from September 12, 2011 to October 17, 2011 at 1:30 p.m.

**REASON FOR CONTINUANCE:**   Ms. Prosser is currently being supervised in the Northern District of California. The supervising officer has requested a continuance to further assess Ms. Prosser's compliance prior to making a recommendation for disposition on the pending violation matter. This officer concurs.

By copy of this memorandum, the Court Clerk is being requested to make appropriate changes in the Court calendar.

                           Respectfully submitted,

                           /s/ Hubert J. Alvarez

                         **HUBERT J. ALVAREZ**
                         **Supervising United States Probation Officer**

Dated:       September 9, 2011
                Fresno, California
                HJA

Rev. 05/2011
CONTINUANCE ~ TO JUDGE (EJG).MRG

cc: Clerk, United States District Court
United States Attorney's Office
United States Marshal's Office
Katherine Hart, Attorney at Law
Probation Office Calendar clerk

| __X__ | **Approved** | /s/ OLIVER W. WANGER | 9/9/2011 |
|---|---|---|---|
| | | **OLIVER W. WANGER** | |
| | | **Senior United States District Judge** | **Date** |
| ___ | **Disapproved** | | |